IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH G. ELLIS,

      Plaintiff,                    No. CIV S-07-2301 JAM KJM P

   vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.         ORDER

_____/

      Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

      By an order filed January 13, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On February 5, 2009, plaintiff submitted the summons and copies of the complaint but failed to submit the USM-285 forms with addresses for service of the defendants.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to send plaintiff two blank USM-285 forms; and

/////

1

2. Within thirty days, plaintiff shall submit to the court the completed USM-285 forms with the required addresses to effect service on defendants Schwarzenegger and Tilton. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: February 23, 2009.

_____
U.S. MAGISTRATE JUDGE

/mp
elli2301.8f