IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ELLIS,

    Plaintiff,                      No. CIV S-07-2301 JAM KJM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

        Plaintiff has also requested an extension of time to file a response to defendants' July 6, 2009 motion to dismiss. Good cause appearing, the request will be granted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 20, 2009 request for the appointment of counsel (Docket No. 27) is denied;

2. Plaintiff's July 20, 2009 motion for an extension of time (Docket No. 28) is granted; and

3. Plaintiff is granted thirty days from the date of this order in which to file and serve a response to defendants' July 6, 2009 motion to dismiss.

DATED: July 30, 2009.

_____
U.S. MAGISTRATE JUDGE

4/md
elli2301.31+36